# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____ *Attorneys at Law*_____

June 25, 2015

**Via Electronic Filing**

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

                      Re:    Lashley v. New Life Business Institute, et al.
                               Docket No. 15-1171

Dear Sir/Madam:

      We write to provide written notice of Defendant-Appellants' reinstatement of this appeal, pursuant to the "So Ordered" Stipulation, dated June 5, 2015. The Stipulation states as follows:

> The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by 7/3/15. The time tolled under LR 31.2 if any, begins to run again from the date of appellant's reinstatement notice to the clerk. If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

(Dkt. 36).

      Thank you for your assistance with this matter.

                                                   Very truly yours,

                                              _____/s/_____
                                                    Rick Ostrove

cc: Jesse Rose, Esq. (Via ECF and First Class Mail)