UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of July, two thousand fifteen,

_____

Corey Lashley,

    Plaintiff - Appellee,

v.

New Life Business Institute, Inc., Sheila Flynn, AKA Sheila Allen,

    Defendants - Appellants.

_____

**ORDER**
Docket No. 15-1171

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

Counsel for the Appellant Sheila Flynn has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court